```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KEITH ANDERSON,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :            20-CV-1981 (JPC)
           -v-                                                         :
                                                                       :              NOTICE OF
BOY SCOUTS OF AMERICA and GREATER NEW                                  :            REASSIGNMENT
YORK COUNCILS, BOY SCOUTS OF AMERICA,                                  :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/19/2020__

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** This action remains stayed in its entirety pending further order of this Court. The parties are hereby ordered to continue filing a joint status update every three months pursuant to the Honorable Jesse M. Furman's Order dated August 13, 2020 (Dkt. 6), with the next status letter due December 1, 2020. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court.

SO ORDERED.

Dated: October 18, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge