UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KEITH ANDERSON,                                                        :
:
                         Plaintiff,                 :
:    20-CV-1981 (JPC)
       -v-                                                            :
:    <u>ORDER</u>
BOY SCOUTS OF AMERICA and GREATER NEW       :
YORK COUNCILS, BOY SCOUTS OF AMERICA,                :
:
                    Defendants.                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Pursuant to previous orders of the Court, *see* Dkts. 6, 8, the parties are required to provide joint status letters every three months. The parties failed to provide a status letter on March 1, 2021, in accordance with this schedule. Further, it appears that the stay in this matter may have been lifted on March 19, 2021. *See* Dkt. 9 at 1.

      Within one week of the filing of this Order, the parties shall provide a joint letter updating the Court on the status of this case and informing the Court whether litigation remains stayed pursuant to a consent order entered in the Bankruptcy Court. The Court respectfully reminds the parties to continue to provide status letters on March 1, June 1, September 1, and December 1 of each year.

      SO ORDERED.

Dated: April 15, 2021
       New York, New York                    _____
                                                             JOHN P. CRONAN
                                                 United States District Judge