UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
KEITH ANDERSON,   :
    :
                Plaintiff,   :
    :    20 Civ. 1981 (JPC)
        -v-   :
    :    <u>ORDER</u>
BOY SCOUTS OF AMERICA and GREATER NEW   :
YORK COUNCILS, BOY SCOUTS OF AMERICA,   :
    :
                Defendants.   :
    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On February 18, 2020, Defendant Boy Scouts of America ("BSA") and an affiliated entity filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, *In re: Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (D. Del.).  On March 5, 2020, Defendant BSA removed this action from New York Supreme Court, New York County, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1334 and 1452(a), and Rule 9027 of the Federal Rules of Bankruptcy Procedure.  Dkt. 1.  In connection with its filing of the notice of removal, Defendant BSA filed a motion to transfer venue pursuant to 28 U.S.C. §§ 157(b)(5) and 1334(b) in the United States District Court for the District of Delaware, seeking to consolidate the Pending Abuse Actions into the Delaware District Court.  *Id.*

        On June 11, 2020, Defendant advised the court that "this action has been stayed" given pending bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware. Dkt. 5.  The Honorable Jesse M. Furman, to whom this case was previously assigned, directed the parties to submit a joint letter every three months—on March 1, June 1, September 1, and December 1 of each year— updating the Court regarding the status of the bankruptcy proceeding in the District of Delaware and the status of the Pending Abuse Actions.  Dkt 6.

On September 29, 2020, this case was reassigned to the undersigned and the parties were notified that "all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment." Dkt. 8 at 1.  On September 2, 2021, Defendant BSA informed the Court that stay of this action has been extended through October 28, 2021.  Dkt. 14.  It has been over three months since the parties' last update to the Court.  It is hereby ORDERED that, by December 17, 2021, the parties shall provide an update regarding the status of the bankruptcy proceeding, including the extension of the stay of this action, and the Pending Abuse Actions.  The parties are reminded to provide an update every three months as previously ordered by the Court.

SO ORDERED.

Dated: December 11, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge