UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEITH ANDERSON,

                Plaintiff,

-against-

BOY SCOUTS OF AMERICA and GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA,

                Defendants.

20-CV-1981 (JGLC)

**NOTICE OF REASSIGNMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**. This action remains stayed in its entirety pending further order of this Court. The parties are hereby ordered to continue filing a joint status update every three months pursuant to the Order dated August 13, 2020 (Dkt. 6), with the next status letter due September 1, 2023. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court.

Dated: June 28, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge