UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH ANDERSON,

                    Plaintiff,

          -against-

BOY SCOUTS OF AMERICA & GREATER NEW
YORK COUNCIL, BOY SCOUTS OF AMERICA,

                    Defendants.

20-CV-1981 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On February 26, 2026, Plaintiff's counsel filed two deficient notices of voluntary dismissal. ECF Nos. 37–38. On February 27, 2026, the Clerk's office filed notices on the docket regarding the deficiencies. However, Plaintiff's counsel has yet to re-file a notice of voluntary dismissal. Additionally, a joint letter updating the Court on the status of the bankruptcy proceedings was due on March 1, 2026. *See* ECF Nos. 26, 36. The Court directs the parties to file a joint status letter, updating the Court on the status of this case, no later than April 10, 2026.

Dated:  April 2, 2026
        White Plains, New York

                              SO ORDERED.

                              _Jessica Clarke_____

                              JESSICA G. L. CLARKE
                              United States District Judge